UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   12-cr-00113-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12. LESLEY ARACELY CAMPOS,
    a/k/a Leslie Campos,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, April 30, 2015,** and responses to these motions shall be filed by **Monday, May 11, 2015.**

Dated:  March 20, 2015

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge