IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-113-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    LESLIE ARACELY CAMPOS,

    Defendant.

## ORDER GRANTING MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE

This matter comes before the court on the Unopposed Motion to Modify Terms of Pre-Trial Release to Permit the Removal and Elimination of the GPS Tracking Device as to Defendant Lesley Aracely Campos [#773]. Counsel for the government indicated on the record that the government had no objection to the modification. The court specifically advised Defendant Lesley Aracely Campos all other conditions for her pretrial release remain in place, including but not limited to her requirement to comply with the conditions for her supervision as determined by her supervising Pretrial Services officer. The court further specifically advised Defendant Lesley Aracely Campos that violation of conditions of her pretrial release could result in consequences, up to revocation of such release. Being satisfied that Defendant Lesley Aracely Campos has been advised and understands the consequences of any failure to comply with her terms of pretrial release, **IT IS ORDERED** that:

(1) Unopposed Motion to Modify Terms of Pre-Trial Release to Permit the Removal and Elimination of the GPS Tracking Device as to Defendant Lesley Aracely Campos [#773] is **GRANTED**; and

(2) All other conditions for pretrial release applicable to Defendant Lesley Aracely Campos **REMAIN SET**.

DATED: February 5, 2016

BY THE COURT:

Nina Y. Wang
United States Magistrate Judge